UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 25-130 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Deon Rattler, | |
| Defendant. | |

This matter is before the Court on Defendant's unopposed Motion for an extension to file objections to the Report and Recommendation ("R&R"). (Docket No. 60.) The Court finds that such an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendant's Motion for Extension of Time to File Objections to the R&R (Docket No. 60) is **GRANTED**;

2. Defendant must submit any objections to the R&R by January 12, 2026; and

3. Any Response must be submitted by January 26, 2026.

Dated: December 22, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge