UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 25-130 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Deon Rattler, | |
| Defendant. | |

_____

This matter is before the Court on the Government's unopposed Motion for Extension of Time to file a response to Defendant Paul Deon Rattler's Objections to the Report and Recommendation ("R&R"). The Court finds that such an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government's Motion (Docket No. 63) is **GRANTED**; and

2. The Government's response to Defendant's objections to the R&R is due on or before February 9, 2026.

Dated: January 27, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge